AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF Massachusetts _____

UNITED STATES OF AMERICA

V.

SAMNANG MEAS
39 Shaffer Street
Lowell, MA 01852

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: _M ?????_

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June 28, 2004__ in __Middlesex__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

Move and travel in interstate and foreign commerce with intent to avoid prosecution custody and confinement under the laws of the Commonwealth of Massachusetts for: accessory after the fact to a felony (to wit, murder), in violation of Mass. Gen. L. c.274, sec. 4; and Carrying a firearm without a license, in violation of Mass. Gen. L. c.269, sec. 10(a); which crimes are felonies under the laws of the Commonwealth of Massachusetts, from which said SAMNANG MEAS has fled.

in violation of Title __18__ United States Code, Section(s) __1073__.

I further state that I am a(n) __Special Agent, FBI__ and that this complaint is based on the following
                                                    Official Title

facts:

See Attached Affidavit

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

07-08-2004  @ 11:40 AM                    at        Boston, Massachusetts
Date                                                 City and State

Marianne B. Bowler, United States Magistrate Judge       _____
Name & Title of Judicial Officer                          Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.