1

DISTRICT OF MASSACHUSETTS
BOSTON, MASSACHUSETTS

2

UNITED STATES )

3

v.                          )           Affidavit

4

SAMNANG MEAS          )

5

6      I, Todd I. Richards, Special Agent, Federal Bureau of Investigation (FBI),

7  being duly sworn upon my oath, depose and state the following:

8      1. I have been a Special Agent for approximately 16 years, assigned to the

9  Boston Division of the FBI, and currently assigned to the Lowell Resident Agency.

10      2. The Middlesex County District Attorney's Office has requested the

11  assistance of the FBI in the location and apprehension of SAMNANG MEAS, date of birth:

12  ***** **, 1981, social security account number, ***-**-8397. A copy of the letter

13  requesting such assistance is attached hereto.

14      3. I have conducted an investigation and determined the following:

15      a. On June 28, 2004, SAMNANG MEAS was charged with the crimes of

16  ACCESSORY AFTER THE FACT OF MURDER in violation of Massachusetts General

17  Law, Chapter 274 section 4, five counts of POSSESSION OF A FIREARM or

18  AMMUNITION WITHOUT AN FID CARD in violation of Massachusetts General Law,

19  Chapter 269, Section 10(h), CARRYING A FIREARM WITHOUT A LICENSE in

20  violation of Massachusetts General Law, Chapter 269, Section 10(a); and POSSESSION OF

21  A CLASS B SUBSTANCE in violation of Massachusetts General Law, Chapter 94C,

22  Section 34.

23      b. The crime of ACCESSORY AFTER THE FACT OF MURDER is a

24  felony offense punishable by a maximum penalty of life in prison. The crime of CARRYING

25  A FIREARM WITHOUT A LICENSE is a felony offense punishable by a maximum

26  sentence of five years in prison.

27      c. The crime of POSSESSION OF A FIREARM or AMMUNITION

28  WITHOUT AN FID CARD is a misdemeanor offense punishable by a maximum penalty of

1

1   two years in prison.  The crime of POSSESSION OF A CLASS B SUBSTANCE is a

2   misdemeanor offense punishable by a maximum sentence of one year.

3           d.  On June 28, 2004, warrants were issued by the Lowell, Massachusetts

4   District court for the arrest of SAMNANG MEAS.

5           e. Law enforcement efforts to locate SAMNANG MEAS within the

6   Commonwealth of Massachusetts since that date have been unsuccessful.

7           4. Following a diligent investigation by local, state and federal authorities, it

8   has been determined that SAMNANG MEAS is no longer residing in the Commonwealth of

9   Massachusetts.

10          5. As a result of investigation by law enforcement authorities, it is believed

11  that SAMNANG MEAS has fled from Providence, Rhode Island where he was last

12  observed, to North Carolina.

13          6. Assistant District Attorney THOMAS F. O'REILLY has informed me that

14  the Middlesex District Attorney will rendite SAMNANG MEAS if he is apprehended in the

15  United States or abroad.

16          7. Attached hereto and made part hereof are copies of the criminal complaint

17  and warrant for arrest issued by the Lowell District Court for the apprehension of

18  SAMNANG MEAS.

19          8. Based upon the foregoing and upon my training as a Special Agent of the

20  FBI, there is probable cause to believe that SAMNANG MEAS has fled the Commonwealth

21  of Massachusetts.

22                                      Todd I. Richards
                                        Special Agent
23                                      Federal Bureau of Investigation
                                        Lowell Resident Agency
24

25  Subscribed and sworn to before me this 8 day of July 2004

26

27                                      Marianne B. Bowler
                                        United States Magistrate Judge
28

2



# THE COMMONWEALTH OF MASSACHUSETTS
## MIDDLESEX DISTRICT ATTORNEY
### 151 WARREN STREET, SUITE 100, LOWELL MA.01852

**MARTHA COAKLEY**
DISTRICT ATTORNEY

Tel: (978) 458-4440
Fax: (978) 452-1404

July 6, 2004

Michael J. Sullivan
United States Attorney
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA  02210

Re: **Commonwealth v. Daniel Keo Kung**
AND
**Commonwealth v. Samnang Meas**

Dear Mr. Sullivan:

The above named individuals are the subject of outstanding warrants. Daniel Keo Kung is wanted for Murder and Illegal Possession of a Firearm; (Warrant: #0411CR004281). Samnang Meas is wanted for Accessory After the Fact to Murder, four counts of Possession of a Firearm Without FID, Illegal Possession of Ammunition, Possession of Class B substance and Illegal Possession of a Firearm (Warrant #: 0411CR004280). Both warrants were issued by the Lowell District Court on June 28, 2004.

I have enclosed certified copies of these warrants and the complaint applications for your review. This Office requests the assistance of the U.S. Department of Justice in obtaining their presence in this jurisdiction through the unlawful flight to avoid prosecution statute. This Office will extradite both Mr. Kung and Mr. Meas within the United States. The case officer is Detective Christopher T. Doolin, Lowell Police, 978-937-3242. The assigned prosecutor is Elizabeth A. Dunigan, 978-458-4440, ext. 410. If additional information is necessary, please call.

Very truly yours,

Thomas F. O'Reilly
Assistant District Attorney
Chief, Lowell Division
Middlesex County
151 Warren Street, Suite 100
Lowell, MA 01852
(978) 458-4440, ext. 404

♻ Printed on recycled paper.

☐ ARREST ☐ HEARING ☐ SUMMONS ☐ WARRANT

The within named complainant requests that a complaint issue against the within named defendant, charging said defendant with the offense(s) listed below.

**Lowell District Court**
41 Hurd Street
Lowell, MA. 01852

| DATE OF APPLICATION | DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|---|
| 6/25/04 | 6/24/04 | Lowell, MA |

NAME OF COMPLAINANT
Det. C. Doolin

ADDRESS AND ZIP CODE OF COMPLAINANT
Lowell PD
50 Arcand Drive, Lowell, MA

NAME, ADDRESS AND ZIP CODE OF DEFENDANT
Meas, Saminang
39 Shaffer St
Lowell, MA

| NO. | OFFENSE | G.L. Ch. and Sec |
|---|---|---|
| 1. | Accessory after the fact to murder | 274-4 |
| 2. | Possess Firearm Without FID | 269-10(H) |
| 3. | Possess Firearm Without FID | 269-10(H) |
| 4. | Possess Firearm Without FID | 269-10(H) |

| COURT USE ONLY ⟶ | A hearing upon this complaint application will be held at the above court address on | DATE OF HEARING | TIME OF HEARING AT | COURT USE ⟵ ONLY |
|---|---|---|---|---|

## CASE PARTICULARS — BE SPECIFIC

| NO. | NAME OF VICTIM Owner of property, person assaulted, etc. | DESCRIPTION OF PROPERTY Goods stolen, what destroyed, etc. | VALUE OF PROPERTY Over or under $250. | TYPE OF CONTROLLED SUBSTANCE OR WEAPON Marijuana, gun, etc. |
|---|---|---|---|---|
| 1 | Ponartih Uong | | | |
| 2 | Comm OF MASS. | | | .22 CAL. PISTOL |
| 3 | " " " | | | MOSSBERG 12 GAUGE SHOTGUN |
| 4 | " " " | | | REMINGTON 20 GAUGE SHOTGUN |

OTHER REMARKS:

L.P.D. CASE # 04-11244

In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set my hand and affix the seal of the District Court of Lowell this _____ day of JULY _____

SIGNATURE OF COMPLAINANT
CLERK-MAGISTRATE

## DEFENDANT IDENTIFICATION INFORMATION — Complete data below

| DATE OF BIRTH | PLACE OF BIRTH | SOCIAL SECURITY NUMBER | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| 6/8/81 | Thailand | 031 64 8397 | M | A | 5'10" | 180 | Brn | Brn |

| OCCUPATION | EMPLOYER/SCHOOL | MOTHER'S NAME (MAIDEN) | FATHER'S NAME |
|---|---|---|---|
| | | Bour Soeu | Henry Meas |

### ↓ COURT USE ONLY ↓

| DATE | DISPOSITION | AUTHORIZED BY |
|---|---|---|
| | **NO PROCESS TO ISSUE** ☐ At request of complainant ☐ Complainant failed to prosecute ☐ Insufficient evidence having been presented | |
| | **PROCESS TO ISSUE** ☐ Sufficient evidence presented ☐ Defendant failed to appear **TYPE OF PROCESS** ☐ Warrant ☐ Summons returnable _____ | |
| | ☐ Continued to _____ | |

COMMENTS

DC-CR2 (3/88)

| ☐ ARREST | ☐ HEARING | ☐ SUMMONS | ☒ WARRANT | COURT DIVISION |
|---|---|---|---|---|

The within named complainant requests that a complaint issue against the within named defendant, charging said defendant with the offense(s) listed below.

**Lowell District Court**
41 Hurd Street
Lowell, Ma. 01852

| DATE OF APPLICATION | DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|---|
| 6/25/04 | 6/24/04 | Lowell, MA |

NAME OF COMPLAINANT
Det. C. Doolin

ADDRESS AND ZIP CODE OF COMPLAINANT
Lowell PD
50 Arcand Drive, Lowell, MA

NAME, ADDRESS AND ZIP CODE OF DEFENDANT
Meas, Samnang
39 Shaffer St
Lowell, MA

| NO. | OFFENSE | G.L. Ch. and Sec |
|---|---|---|
| 1. | Poss. Firearm w/o FID | 269 10H |
| 2. | Illeg. Poss. of Ammo | 269 10H |
| 3. | Poss. Class B | 94c 34 |
| 4. | Illeg. Poss of Firearm | 269 10(a |

COURT USE ONLY → A hearing upon this complaint application will be held at the above court address on

DATE OF HEARING | TIME OF HEARING | COURT USE ← ONLY
AT

## CASE PARTICULARS — BE SPECIFIC

| NO. | NAME OF VICTIM Owner of property person assaulted, etc | DESCRIPTION OF PROPERTY Goods stolen, what destroyed, etc. | VALUE OR PROPERTY Over or under $250. | TYPE OF CONTROLLED SUBSTANCE OR WEAPON Marijuana, gun, etc. |
|---|---|---|---|---|
| 1 | Comm OF MASS | | | REMINGTON .308 CAL. RIFLE |
| 2 | " " " | | | VARIOUS CALIBUR OF AMMUNTION |
| 3 | " " " | | | Cocaine |
| 4 | | | | |

OTHER REMARKS:

LPD CASE # 04-11244

In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set my hand and affix the seal of the District Court of Lowell this _____ day of _JUL - 1 2004_
x ................
SIGNATURE OF COMPLAINANT / CLERK-MAGISTRATE

## DEFENDANT IDENTIFICATION INFORMATION — Complete data below if known.

| DATE OF BIRTH | PLACE OF BIRTH | SOCIAL SECURITY NUMBER | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| 6/8/81 | Thailand | 031 64 8397 | M | A | 5'10" | 180 | Brn | Brn |

| OCCUPATION | EMPLOYER/SCHOOL | MOTHER'S NAME (MAIDEN) | FATHER'S NAME |
|---|---|---|---|
| | | Bour Soeu | Henry Meas |

## ↓ COURT USE ONLY ↓

DATE | DISPOSITION | AUTHORIZED BY

**NO PROCESS TO ISSUE**
☐ At request of complainant
☐ Complainant failed to prosecute
☐ Insufficient evidence having been presented

**PROCESS TO ISSUE**
☐ Sufficient evidence presented
☐ Defendant failed to appear

**TYPE OF PROCESS**
☐ Warrant
☐ Summons returnable _____

☐ Continued to _____

COMMENTS

JC-CR2 (3/88)

Case 1:04-mj-00856-MBB Document 2 Filed 07/08/2004 Page 6 of 7

| Lowell | NAME, ADDRESS AND ZIP CODE OF DEFENDANT |
|---|---|

**MEAS, SAMNANG**
**39 SHAFFER ST.**
**LOWELL, MA 01852**

| DATE OF BIRTH | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|
| 06/08/1981 | M | A | 5'10" | 180 | BRO | BRO |

| C.C. # | SOCIAL SECURITY # |
|---|---|
| | 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 |

| DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|
| 06/24/2004 | LOWELL |

| COMPLAINANT | POLICE DEPARTMENT |
|---|---|
| LAFERRIERE, PAUL | LOWELL PD - COMMUNIC |

| DATE OF COMPLAINT | RETURN DATE AND TIME |
|---|---|
| 06/28/2004 | |

**Lowell District Court**

TO ANY AUTHORIZED OFFICER:
REASON FOR WARRANT

- ☒ Representation of prosecutor that defendant may not appear unless arrested.
- ☐ Defendant failed to appear after being summoned to appear.
- ☐ Defendant failed to appear after recognizing to appear.
- ☐ Defendant failed to pay court ordered monies in the amount of $_____.
- ☐ Defendant failed to pay non-criminal motor vehicle fine in the amount of $_____.
- ☐ Defendant failed to appear for Probation Surrender Hearing
- ☐ Other:

**COUNT-OFFENSE**

1 - 274/4 ACCESSORY AFTER THE FACT c274 §4

on 06/24/2004, knowing that DANIEL KEO KUNG had committed a felony, to wit: MURDER, did harbor, conceal, maintain or assist such person, with the intent that such person should avoid or escape detention, arrest, trial or punishment, in violation of G.L. c.274, §4. (NO DISTRICT COURT FINAL JURISDICTION IN ADULT SESSION.)

**COUNT-OFFENSE**

1 - 269/10/G FIREARM WITHOUT FID CARD, POSSESS c269 §10(h)

on 06/24/2004 did own, possess or transfer possession of a firearm, rifle, shotgun or ammunition without complying with the requirements relating to firearm identification cards as provided for in G.L. c.140, §129C, in violation of G.L. c.269, §10(h). (PENALTY: jail or house of correction not more than 2 years; or not more than $500; §10(c): item to be ordered forfeited.)

In testimony that the foregoing is a true copy on file and of record made by photo-graphic process, I hereunto set my hand and affix the seal of the District Court of Lowell this _____ day of JUL - 1 2004

_____ CLERK MAGISTRATE

**COUNT-OFFENSE**

1 - 269/10/G FIREARM WITHOUT FID CARD, POSSESS c269 §10(h)

on 06/24/2004 did own, possess or transfer possession of a firearm, rifle, shotgun or ammunition without complying with the requirements relating to firearm identification cards as provided for in G.L. c.140, §129C, in violation of G.L. c.269, §10(h). (PENALTY: jail or house of correction not more than 2 years; or not more than $500; §10(c): item to be ordered forfeited.)

**COUNT-OFFENSE**

1 - 269/10/G FIREARM WITHOUT FID CARD, POSSESS c269 §10(h)

on 06/24/2004 did own, possess or transfer possession of a firearm, rifle, shotgun or ammunition without complying with the requirements relating to firearm identification cards as provided for in G.L. c.140, §129C, in violation of G.L. c.269, §10(h). (PENALTY: jail or house of correction not more than 2 years; or not more than $500; §10(c): item to be ordered forfeited.)

COPY

THE COURT HAS ORDERED THAT A ☒ WARRANT ☐ DEFAULT WARRANT ISSUE AGAINST THE ABOVE DEFENDANT

Therefore you are hereby commanded to arrest the above named defendant and bring the defendant forthwith before this court to answer to the offense(s) listed above and to be dealt with according to law.

| WITNESS: | FIRST JUSTICE | DATE OF ISSUE | CLERK-MAGISTRATE/ASST. CLERK |
|---|---|---|---|
| | | 06/28/2004 | |

# ADDITIONAL COUNTS                        Page 2 Of 2  |04TTCR004260

**COUNT-OFFENSE**

1 - 269/10/G  FIREARM WITHOUT FID CARD, POSSESS c269 §10(h

on 06/24/2004 did own, possess or transfer possession of a firearm, rifle, shotgun or ammunition without complying with the requirements relating to firearm identification cards as provided for in G.L. c.140, §129C, in violation of G.L. c.269, §10(h).  (PENALTY: jail or house of correction not more than 2 years; or not more than $500; §10(c): item to be ordered forfeited.)

**COUNT-OFFENSE**

1 - 269/10/G  FIREARM WITHOUT FID CARD, POSSESS c269 §10(h

on 06/24/2004 did own, possess or transfer possession of a firearm, rifle, shotgun or ammunition without complying with the requirements relating to firearm identification cards as provided for in G.L. c.140, §129C, in violation of G.L. c.269, §10(h).  (PENALTY: jail or house of correction not more than 2 years; or not more than $500; §10(c): item to be ordered forfeited.)

**COUNT-OFFENSE**

1 - 269/10/J  FIREARM, CARRY WITHOUT LICENSE c269 §10(a)

on 06/24/2004 did knowingly have in his or her possession, or under his or her control in a vehicle, a firearm, as defined in G.L. c.140, §121, or a rifle or shotgun, not then being present in or on his or her residence or place of business, and not having in effect a license to carry firearms or otherwise being authorized by law to do so, in violation of G.L. c.269, §10(a).  (PENALTY: state prison not less than 2½ years, not more than 5 years; or jail or house of correction not less than 1 year, not more than 2½ years; no continuance with a finding, filing, or suspended sentence; no reduction of sentence, probation, parole, furlough, or sentence deduction until 1 year served; §10(c): firearm, rifle or shotgun to be ordered forfeited.)

**COUNT-OFFENSE**

1 - 94C/34/C  DRUG, POSSESS CLASS B c94C §34

on 06/24/2004, not being authorized by law, did knowingly or intentionally possess a controlled substance in Class B of G.L. c.94C, §31, to wit: COCAINE, in violation of G.L. c.94C, §34.  (PENALTY: imprisonment not more than 1 year; or not more than $1000; or both.)

**COUNT-OFFENSE**

In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set my hand and affix the seal of the District Court of Lowell this _____ day of ___JUL___ _____

_____ CLERK MAGISTRATE

**COUNT-OFFENSE**

COPY

| COMPLAINANT | SWORN TO BEFORE CLERK/MAGISTRATE/ASST. CLERK | ON (DATE) |
|---|---|---|
| X | X | 6/28/04 |