UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Mag. No. 04-856-MBB |
| | ) | |
| SAMNANG MEAS, | ) | |
| | ) | |
| Defendant. | ) | |

## DISMISSAL

MICHAEL J. SULLIVAN, the United States Attorney for the District of Massachusetts,

pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby dismisses the above-

captioned criminal complaint charging a violation of Title 18, United States Code, Section 1073

(unlawful flight to avoid prosecution).  The United States Attorney hereby informs the Court that

on September 2, 2004, officers of the Fresno, California Sheriff's Department arrested defendant

Meas.  Meas is in custody and the United States Attorney's office is informed that appropriate

steps have been, or will be, taken to secure the defendant's appearance in Massachusetts to face

charges of Accessory-after-the-Fact to Murder and Illegal Possession of Firearms.

Respectfully submitted,

September __, 2004

MICHAEL J. SULLIVAN
United States Attorney
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3147

Leave to file granted:

MARIANNE B. BOWLER
Chief United States Magistrate Judge

dated: _____